Peter M. de Jonge, UT 7185
Jed H. Hansen, UT 10679
P. Scott Smith, UT 10700
**THORPE, NORTH & WESTERN, LLP**
8180 South 700 East, Suite 350
Sandy, Utah 84070
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Mark M. Bettilyon, UT 4798
Samuel C. Straight, UT 7638
**RAY QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*Attorneys for Plaintiff,* American Covers, Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AMERICAN COVERS, INC., a Utah corporation,<br><br>        Plaintiff,<br>vs.<br><br>AROMATE INDUSTRIES CO. LTD. and MR. WU HAN-YUAN and MRS. HUANG QI-JUAN<br><br>        Defendants | **STIPULATED MOTION FOR DISMISSAL**<br><br>Case No. 2:11-cv-00054-CW<br><br>U.S. District Court Judge Ted Stewart |

Plaintiff American Covers, Inc. and Defendants Aromate Industries Co. Ltd., Mr. Wu Han-Yuan, and Mrs. Huang Qi-Juan ("Defendants") pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing Plaintiff's claims against each Defendant in this action WITH PREJUDICE, subject to the terms of a certain settlement agreement entitled "SETTLEMENT

AGREEMENT AND RELEASE" having an effective date of July 31, 2011, with each party to bear its own costs, expenses and attorneys fees.

DATED this 3rd day of August, 2011.

    /s/ Jed H. Hansen
Peter M. de Jonge
Jed H. Hansen
P. Scott Smith
**THORPE NORTH & WESTERN, LLP**
*Attorneys for Plaintiff*

Stipulated to and with signature permission by:

*/s/ Tracy H. Fowler*
Tracy H. Fowler
Elisabeth M. McOmber
**SNELL & WILMER L.L.P.**
*Attorneys for Defendants Aromate Industries Co. Ltd. and Mr. Wu Han-Yuan and Mrs. Huang Qi-Juan*

CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of August, 2011 I electronically filed the foregoing STIPULATED MOTION FOR DISMISSAL through the CM/ECF System, and mail a copy by United Stated Postal Service to the following:

Tracy H. Fowler (1106)
Elisabeth M. McOmber (10615)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Beneficial Tower
Salt Lake City, Utah 84101-1004

August 3, 2011                                                         */Cammy Williams/*
                                                                                              Cammy Williams